# Order

Michigan Supreme Court
Lansing, Michigan

October 24, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154019

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 154019
                                       COA: 322820
                                       Livingston CC: 12-020831-FH

DENNIS KEITH TOWNE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 10, 2016 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *People v Frederick,* 500 Mich 228 (2017).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2017



Clerk

s1017